DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

|  |  |  |
|---|---|---|
| **Total Petroleum Puerto Rico Corp.** | ) ) ) ) ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) ) | Civil Action No. 16-CV-2436(PAD) |
| **Villa Caparra Esso Service Center, et al.** | ) ) ) ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Villa Caparra Esso Service Center

Villa Caparra Esso Service Center, P.R. Rd. No. 2, Zone M1-38, Guaynabo, PR 00969

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sepulvado & Maldonado, PSC

252 Ponce de Leon Ave., Citibank Tower, Suite 1900, San Juan, PR 00918

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 8/4/2016

S/ **ANTONIO RODRIGUEZ**
     **Deputy Clerk**

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

Total Petroleum Puerto Rico Corp.

*Plaintiff(s)*

v.

Civil Action No. 16-CV-2436(PAD)

Villa Caparra Esso Service Center, et al.

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Rafael Fonseca-Marrero

Villa Caparra Esso Service Center, P.R. Rd. No. 2, Zone M1-38, Guaynabo, PR 00969

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sepulvado & Maldonado, PSC

252 Ponce de Leon Ave., Citibank Tower, Suite 1900, San Juan, PR 00918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 8/4/2016

**ANTONIO RODRIGUEZ**
**Deputy Clerk**

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

Total Petroleum Puerto Rico Corp.

*Plaintiff(s)*

v.   Civil Action No. 16-CV-2436(PAD)

Villa Caparra Esso Service Center, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jane Doe

Villa Caparra Esso Service Center, P.R. Rd. No. 2, Zone M1-38, Guaynabo, PR 00969

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sepulvado & Maldonado, PSC

252 Ponce de Leon Ave., Citibank Tower, Suite 1900, San Juan, PR 00918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 8/4/2016

**ANTONIO RODRIGUEZ**
**Deputy Clerk**

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| Total Petroleum Puerto Rico Corp.<br>*Plaintiff(s)*<br>v.<br><br>Villa Caparra Esso Service Center, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)  Civil Action No. 16-CV-2436(PAD)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Conjugal Partnership between Rafael Fonseca-Marrero and Jane Doe

Villa Caparra Esso Service Center, P.R. Rd. No. 2, Zone M1-38, Guaynabo, PR 00969

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sepulvado & Maldonado, PSC

252 Ponce de Leon Ave., Citibank Tower, Suite 1900, San Juan, PR 00918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 8/4/2016

s/ **ANTONIO RODRIGUEZ**
**Deputy Clerk**

*Signature of Clerk or Deputy Clerk*